*Pamela S. Nagy*, special public defender, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided May 5, 2004

## THOMAS ROGERS *v.* COMMISSIONER OF CORRECTION

The petitioner Thomas Rogers' petition for certification for appeal from the Appellate Court, 82 Conn. App. 901 (AC 23756), is denied.

*Frank P. Cannatelli*, special public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided May 5, 2004

## STATE OF CONNECTICUT *v.* LARRY SCALES

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 126 (AC 23837), is denied.

*Robert J. McKay*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, assistant state's attorney, in opposition.

Decided May 5, 2004